UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID A. EPSTEIN,

       Petitioner,                        Case No. 07-11178
                                                   Honorable Paul D. Borman

v.

LINDA METRISH,

       Respondent.
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated __February 13, 2008_____, this cause of action is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this ___13th_____ day of February, 2008.

                                                    DAVID J. WEAVER
                                                   CLERK OF THE COURT

                                                   BY: _s/Denise Goodine

APPROVED:


s/Paul D. Borman_____
PAUL D. BORMAN
UNITED STATES DISTRICT COURT JUDGE